UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Riverside Healthcare System, LP,<br><br>            Petitioner,<br><br>     v.<br><br>Service Employees International Union, Local 121 RN,<br><br>            Respondent. | Case No. EDCV 24-1316-KK-PVC<br><br>JUDGMENT |

Pursuant to the Order granting Petitioner's Motion to Confirm Arbitration Award, dkt. 34, IT IS HEREBY ADJUDGED that Judgment is entered against Respondent Service Employees International Union, Local 121 RN, in the amount of $6,262,192.11.  (JS-6)

Dated:  January 23, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge